# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

RENNY A. ARMSTRONG

Case Number: 2:98-cr-90-FtM-29DNF

USM Number: 32968-018

Frank Zaremba, FPD
1514 Broadway, Suite 301
Fort Myers, Florida 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One, Two & Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to submit written monthly reports | December 30, 2006 |
| Two | Positive urinalysis | January 4, 2007 |
| Three | Failure to reside in a Community Corrections Center/Comprehensive Sanctions Center | January 4, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/28/2007

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE
March 28, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

RENNY A. ARMSTRONG                                                                                          Page 2 of 3
2:98-cr-90-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **11 Months**.

**The Court recommends to the Bureau of Prisons:**

    1. Incarceration in a facility close to family (Fort Myers, Florida).
    2. That the defendant be allowed to participate in whatever drug program available while incarcerated.


The defendant is remanded to the custody of the United States Marshal.



## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                                                        UNITED STATES MARSHAL

                                        By:_____
                                                         Deputy U.S. Marshal

RENNY A. ARMSTRONG
2:98-cr-90-FtM-29DNF

Page 3 of 3

## SUPERVISED RELEASE

Supervised Release is revoked and not reimposed.

AO 245B (Rev. 6/05) Judgment in a Criminal Case